```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 18684
   DAVID J AGUIRRE
   ANGELA AGUIRRE                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5978    SSN XXX-XX-9274

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/11/05 and confirmed on 06/24/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21600.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT CO      SECURED              .00            .00            .00
FORD MOTOR CREDIT CO      SECURED              .00            .00            .00
WENDOVER FUNDING          CURRENT MORTG        .00            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        8730.72            .00        2783.13
RESURGENT CAPITAL SERVIC  UNSECURED       22142.81            .00        7058.56
RESURGENT CAPITAL SERVIC  UNSECURED        1368.45            .00         436.23
RESURGENT CAPITAL SERVIC  UNSECURED        5332.45            .00        1699.85
DEBT FREE AMERICA         UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       12915.23            .00        4117.05
ECAST SETTLEMENT CORP     UNSECURED        3175.44            .00        1012.25
ECAST SETTLEMENT CORPORA  UNSECURED         438.68            .00         139.84
ECAST SETTLEMENT CORPORA  UNSECURED        6359.84            .00        2027.35
RETAILERS NATL BANK       UNSECURED       NOT FILED           .00            .00
MBNA AMERICA              UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        3734.74            .00        1190.54
WORLD FINANCIAL NETWORK   UNSECURED         384.30            .00         122.51
FORD MOTOR CREDIT CO      UNSECURED            .00            .00            .00
        Summary of disbursements:
--------------------------------------------------------------------------------

                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00     64582.66        .00      64582.66
PRINCIPAL PAID         .00          .00     20587.31        .00      20587.31
INTEREST PAID          .00          .00          .00        .00           .00
TOTAL PAID             .00          .00     20587.31        .00      20587.31
The Debtor's attorney, RICHARD S BASS            , was allowed $   2600.00
and was paid $   2600.00  direct and $     .00  through the plan.

The Trustee received $   1012.69 .

Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/10/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE